IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTRAND THOMPSON,

    Petitioner,                    No. CIV S-03-01375 ALA HC

    vs.

SILVIA GARCIA, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On September 18, 2007 this court denied that petition. On September 28, 2007, Petitioner filed a request for an extension of time to file his notice of appeal.

    In a civil matter, a notice of appeal must be filed with the district clerk within thirty days. Fed. R. App. Pro. 4(a)(1)(A). However, a district court may extend the time to file a notice of appeal if the party so moves within thirty days after the expiration of the original thirty days. *Id*. at (5)(A)(I). Petitioner is well within the allotted time.

/////

/////

    Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's motion for an extension of time to file his notice of appeal is

1

granted; and

      2. Petitioner shall file his notice of appeal by November 18, 2007.

DATED: October 2, 2007

      /s/ Arthur Alarcón
      UNITED STATES CIRCUIT JUDGE
      Sitting by Designation