IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTRAND THOMPSON,

    Petitioner,                   No. CIV S-03-01375 ALA HC

  vs.

SILVIA GARCIA, et al.,

    Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 18, 2007, denial of his petition for a writ of habeas corpus, along with a motion for leave to proceed in forma pauperis, a request for a certificate of appealability and a request for the appointment of counsel.

      The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

FED. R. APP. P. 24(a). This court has separately found that this appeal is taken in good faith. Since this court has certified that Petitioner's appeal is taken in good faith and has not otherwise found that Petitioner is not entitled to proceed on appeal in forma pauperis, Petitioner's motion

for leave to proceed in forma pauperis on appeal will be denied as unnecessary.

However, before Petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. FED. R. APP. P. 22(b).

For the reasons set forth in the court's September 18, 2007, Petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue in this action.

Finally, Petitioner has requested the appointment of counsel to represent Petitioner during his appeal. When a party appeals to the Ninth Circuit Court of Appeals, the Ninth Circuit Court of Appeals then has jurisdiction over the matter. This court does not have jurisdiction to rule on a matter before the Ninth Circuit Court of Appeals. Petitioner's request will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis on appeal is denied as unnecessary;

2. A certificate of appealability will not issue in this action; and

3. Petitioner's request for the appointment of counsel is denied.

/////

DATED: November 21, 2007.

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation